IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones, Denise M | Case Number: 07 B 12330 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/14/08 | Filed: 7/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  October 10, 2008
Confirmed: December 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,250.00 | |
| Secured: | | 6,545.33 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,100.00 |
| Trustee Fee: | | 604.67 |
| Other Funds: | | 0.00 |
| Totals: | 10,250.00 | 10,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 3,100.00 | 3,100.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Diamond Acceptance | Secured | 0.00 | 200.00 |
| 5. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 6. | America's Servicing Co | Secured | 26,655.70 | 6,205.65 |
| 7. | America's Servicing Co | Secured | 600.00 | 139.68 |
| 8. | Internal Revenue Service | Priority | 1,991.01 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 69.12 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 42.54 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 64.70 | 0.00 |
| 12. | Capital One | Unsecured | 540.61 | 0.00 |
| 13. | Capital One | Unsecured | 323.32 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 4,744.78 | 0.00 |
| 15. | Capital One | Unsecured | 281.66 | 0.00 |
| 16. | Asc | Secured | | No Claim Filed |
| | | | $ 38,413.44 | $ 9,645.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 302.39 |
| 6.5% | 302.28 |
| | $ 604.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Denise M | Case Number:  07 B 12330 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/14/08 | Filed:  7/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

